DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 256P16 | State v. Jonathan James Newell | 1. Def's *Pro Se* Motion to Disclose the Past and the Present Relationships, Associations, and Ties Between Defense Attorney and Victim's Father (COAP16-233) | 1. Dismissed |
|--------|--------|--------|--------|
| | | 2. Def's *Pro Se* Motion for Notice of Appeal | 2. Dismissed |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion for *Nunc Pro Tunc* Order to Correct Judicial and Procedural Act on Subject Matter Jurisdiction | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion for a Subpoena *Duces Tecum* | 5. Dismissed |
| | | 6. Def's *Pro Se* Motion to Grant Belated Appeal | 6. Dismissed |
| | | 7. Def's *Pro Se* Motion to Dismiss First Degree Murder Bill of Information | 7. Dismissed |
| | | 8. Def's *Pro Se* Motion to Plead to Lesser Degree or Offense | 8. Dismissed |
| | | 9. Def's *Pro Se* Motion to Proceed No Security for Costs in Criminal Appeal | 9. Dismissed |
| 260P16 | Archie David Powell, Jr. v. State | Plt's *Pro Se* Motion for Complaint/Claim | Dismissed |
| 261P16 | State v. John Sinclair | Def's *Pro Se* Motion for Notice of Appeal | Dismissed |
| 263P16 | State v. Norman Johnson Oakley, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1126) | Denied |
| 266P16 | State v. Timothy Terrell Crandell | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-461) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Dismissed |
| | | 3. Def's Petition for *Writ of Certiorari* to Review Decision of COA | 3. Denied |
| | | 4. State's Motion to Dismiss Appeal | 4. Allowed |